**Click here to Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**03/11/2025**

**Corporation Served**

Document ID - 25-SMCC-3544; Served To - QUIET LOGISTICS, INC.; Served Date - 03/07/2025; Served Time - 16:11:21; Service Type - SP; Reason Description - SERV; Service Text -; Updated Service Text - Document ID - 25-SMCC-3544; Served To - QUIET LOGISTICS, INC.; Served Date - 03/07/2025; Served Time - 16:11:21; Service Type - SP; Reason Description - SERV; Service Text -

**Corporation Served**

Document ID - 25-SMCC-3543; Served To - SECURITAS SECURITY SERVICES USA, INC.; Served Date - 03/07/2025; Served Time - 16:09:47; Service Type - SP; Reason Description - SERV; Service Text -; Updated Service Text - Document ID - 25-SMCC-3543; Served To - SECURITAS SECURITY SERVICES USA, INC.; Served Date - 03/07/2025; Served Time - 16:09:47; Service Type - SP; Reason Description - SERV; Service Text -

**Notice of Service**

Return of Service.
 **Filed By:** SHAUN MICHAEL FALVEY
 **On Behalf Of:** ANTOINE COOPER

**Notice of Service**

Return of Service.
 **Filed By:** SHAUN MICHAEL FALVEY
 **On Behalf Of:** ANTOINE COOPER

**03/06/2025**

**Summons Issued-Circuit**

Document ID: 25-SMCC-3544, for QUIET LOGISTICS, INC. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Summons Issued-Circuit**

Document ID: 25-SMCC-3543, for SECURITAS SECURITY SERVICES USA, INC. Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**02/26/2025**

**Motion Special Process Server**

Request for Special Process Server.
 **Filed By:** SHAUN MICHAEL FALVEY
 **On Behalf Of:** ANTOINE COOPER

**02/03/2025**

**Notice of Dismissal**

NO SUMMONS ISSUED DUE TO INCORRECT SPECIAL PROCESS SERVER FORM BEING FILED BY THE ATTORNEY (A CITY OF ST LOUIS FORM WAS FILED IN ERROR). THE SPECIAL PROCESS SERVER FORM MUST BE THE SAINT LOUIS COUNTY APPROVED FORM. ONCE CORRECT SPS FORM IS FILED, CONTACT THE CLERK AT 314-615-8470 SO THE SUMMONS CAN BE ISSUED. Per Local Rule 28 (E), you must submit the "Request for Appointment of Process Server" form, which can be found on the St. Louis County Court's Web Site.

**Judge Assigned**

DIV 2

**01/27/2025**

**Filing Info Sheet eFiling**

 **Filed By:** SHAUN MICHAEL FALVEY

**Request Filed**

Request for Special Process Server.
 **Filed By:** SHAUN MICHAEL FALVEY

**Pet Filed in Circuit Ct**

Petition.
 **Filed By:** SHAUN MICHAEL FALVEY

25SL-CC01008

Electronically Filed - St Louis County - January 27, 2025 - 02:04 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| ANTOINE COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| vs. | ) | Division |
| | ) | |
| QUIET LOGISTICS, INC. | ) | |
| Serve:  CT Corporation System | ) | |
| 5661 Telegraph Road, Ste. 4B | ) | |
| St. Louis, MO 63129 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| SECURITAS SECURITY SERVICES USA, INC. | ) | |
| Serve:  National Registered Agents, Inc. | ) | |
| 5661 Telegraph Road, Suite 4B | ) | |
| St. Louis, MO 63129 | ) | |
| | ) | |
| Defendants. | ) | |

**PETITION**

COMES NOW Plaintiff Antoine Cooper, through counsel, and for his cause of action against Defendants Quiet Logistics, Inc. and Securitas Security Services USA, Inc., state as follows:

1. Plaintiff Antoine Cooper is a resident of the State of Missouri.

2. Defendant Quiet Logistics, Inc. ("Quiet Logistics"), is a foreign corporation, licensed to conduct business in the State of Missouri with a registered agent for receipt of service of process at 5661 Telegraph Road, Ste. 4B, St. Louis, State of Missouri.

3. Defendant Securitas Security Services USA, Inc. ("Securitas"), is a foreign corporation, licensed to conduct business in the State of Missouri with a registered agent for receipt of service of process at 5661 Telegraph Road, Ste. 4B, St. Louis, State of Missouri.

4. At all relevant times, Defendant Quiet Logistics owned, operated, controlled, managed, supervised, and/or maintained the premises located at 422 Hazelwood Logistics Center Drive, County of St. Louis, State of Missouri.

1

Electronically Filed - St Louis County - January 27, 2025 - 02:04 PM

5. At all relevant times, Defendant Quiet Logistics owned, operated, controlled, managed, supervised, and/or maintained a fulfillment and returns management business on the premises of 422 Hazelwood Logistics Center Drive, County of St. Louis, State of Missouri.

6. At all relevant times, Defendant Securitas provided security and safety services on behalf of, for, pursuant to contract with, and at the direction of Defendant Quiet Logistics.

7. On July 28, 2021, Plaintiff was an invitee on the premises at Quiet Logistics.

8. On July 28, 2021, Plaintiff was leaving his place of employment at 422 Hazelwood Logistics Center Drive and upon returning to his vehicle Plaintiff was shot by an unknown person.

9. The parking lot of Quiet Logistics was the scene of numerous similar violent crimes and other crimes against persons from at least 2016 – the date of the subject incident.

10. The parking lot was also the scene of numerous non-violent crimes and other crimes against persons from 2016 – the date of the subject incident.

<u>**COUNT I – ANTOINE COOPER V. QUIET LOGISTICS, INC.**</u>
<u>**NEGLIGENCE**</u>

COMES NOW Plaintiff Antoine Cooper, through counsel, and for Count I against Defendant Quiet Logistics, alleges as follows:

11. Plaintiff re-alleges and incorporates by reference paragraphs 1-10, as if fully set forth herein.

12. At all relevant times, Defendant Quiet Logistics by and through its agents, employees, and servants, owed a duty to their invitees to take precautionary actions to protect them against criminal actions of third parties.

13. On or about July 28, 2021, Plaintiff was an invite of Quiet Logistics and as such, Defendant Quiet Logistics owed a duty to Plaintiff to exercise ordinary care to protect Plaintiff and other invitees against criminal activities of third parties on Defendant's property.

14. Defendant Quiet Logistics were negligent in the following ways:

Electronically Filed - St Louis County - January 27, 2025 - 02:04 PM

a.   Failed to provide adequate and effective security;

b.   Failed to have an adequate number of security guards on the premises;

c.   Failed to have competent security guards, properly trained security guards in security practices and procedures and protection of human safety;

d.   Failed to provide adequate and effective program of crime deterrence;

e.   Failed to reasonably and effectively use available security devices;

f.   Failed to implement adequate and effective security policies, measures and/or procedures;

g.   Failed to police, patrol, guard, deter and/or otherwise protect invitees on the premises;

h.   Failed to warn invitees of the likelihood of violent crimes on the premises;

i.   Failure to prevent or remove loiters and trespasser or others likely to commit crimes from the premises;

j.   Failed to prevent violent crimes from occurring on the premises;

k.   Failed to warn invitees that of the risk of danger on the premises;

l.   Failed to barricade or gate the parking lot to prevent violent crimes from occurring on the premises.

15. As a direct and proximate result of Defendant Quiet Logistics' negligence, failure and breach of duty, on July 28, 2021, Plaintiff was shot on Defendant's premises, permanently injuring Plaintiff's left hip causing him to sustain mental anguish, pain, suffering and loss of enjoyment of life.

16. As a direct and proximate result of Defendant Quiet Logistics' negligence, Plaintiff has undergone reasonable and necessary medical treatment and will continue to need such treatment in the future.

Electronically Filed - St Louis County - January 27, 2025 - 02:04 PM

WHEREFORE, Plaintiff Antione Cooper prays for judgment against Defendant Quiet Logistics, Inc., and an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), together with his costs herein and for any other relief the Court deems just and proper.

## COUNT II - ANTOINE COOPER V. SECURITAS SECURITY SERVICES USA, INC.
## NEGLIGENCE – VICARIOUS LIABILITY AND HIRING, TRAINING & SUPERVISION

COMES NOW Plaintiff Antoine Cooper, through counsel, and for Count II against Defendant Securitas, alleges as follows:

17. Plaintiff hereby restates and realleged paragraphs 1-16 as if fully restated herein.

18. Defendant Securitas was hired by Defendant Quiet Logistics for the purpose of providing security on its premises.

19. Defendant Securitas, by and through its employees, agents, or servants were negligent in the following ways:

    a.   Failed to provide adequate and effective security;

    b.   Failed to have an adequate number of security guards on the premises;

    c.   Failed to have competent security guards, properly trained security guards in security practices and procedures and protection of human safety;

    d.   Failed to provide adequate and effective program of crime deterrence;

    e.   Failed to reasonably and effectively use available security devices;

    f.   Failed to implement adequate and effective security policies, measures and/or procedures;

    g.   Failed to police, patrol, guard, deter and/or otherwise protect invitees on the premises;

    h.   Failed to warn invitees of the likelihood of violent crimes on the premises;

    i.   Failure to prevent or remove loiters and trespasser or others likely to commit crimes from the premises;

    j.   Failed to prevent violent crimes from occurring on the premises;

4

Electronically Filed - St Louis County - January 27, 2025 - 02:04 PM

k.  Failed to warn invitees that of the risk of danger on the premises;

l.  Failed to barricade or gate the parking lot to prevent violent crimes from occurring on the premises.

20. As a direct and proximate result of Defendant Securitas negligence, failure and breach of duty, on July 28, 2021, Plaintiff was shot on Defendant's premises, permanently injuring Plaintiff's left hip causing him to sustain mental anguish, pain, suffering and loss of enjoyment of life.

21. As a direct and proximate result of Defendant Securitas negligence, Plaintiff has undergone reasonable and necessary medical treatment and will continue to need such treatment in the future.

WHEREFORE, Plaintiff Antione Cooper prays for judgment against Defendant Securitas Security Services USA, Inc., and an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), together with his costs herein and for any other relief the Court deems just and proper.

### COUNT III - ANTOINE COOPER V. SECURITAS SECURITY SERVICES USA, INC. PLAINTIFF AS THIRD-PARTY BENEFICIARY

COMES NOW Plaintiff Antoine Cooper, through counsel, and for Count III against Defendant Securitas, alleges as follows:

22. Plaintiff hereby restates and realleged paragraphs 1-21 as if fully restated herein.

23. At all relevant times referenced herein, including at the time of the subject incident, there was an agreement between Quiet Logistics and Securitas pursuant to which Quiet Logistics agreed to the payment of certain monies to the others in exchange for providing security services in a safe and effective manner.

24. Defendant Securitas owed a duty to exercise due care in the performance of the contractual undertakings.

25. Defendant Securitas breached this contractually-assumed duty in that it failed to perform security services in a safe and effective manger.

Electronically Filed - St Louis County - January 27, 2025 - 02:04 PM

26. The terms of the contract directly and clearly express an intent to benefit an identifiable class of persons, namely persons on Quiet Logistics property. Thus, Plaintiff was a third-party beneficiary to this contract.

27. Defendant Securitas' negligent performance of its contractual duty, directly and proximately caused the injuries sustained by Plaintiff.

WHEREFORE, Plaintiff Antione Cooper prays for judgment against Defendant Securitas Security Services USA, Inc., and an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), together with his costs herein and for any other relief the Court deems just and proper.

GOLDBLATT + SINGER

*/s/Amanda N. Murphy*
SHAUN M. FALVEY #55294
sfalvey@stlinjurylaw.com
8182 Maryland Ave., Ste. 801
St. Louis, MO  63105
(314) 231-4100—Office
(314) 241-5078—Facsimile

*ATTORNEYS FOR PLAINTIFF*

JOAN M. GILMER
CIRCUIT CLERK
ST. LOUIS COUNTY CIRCUIT COURT
105 SOUTH CENTRAL AVENUE
CLAYTON, MISSOURI  63105

# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

CASE NUMBER: 25SL-CC01008          COURT DATE:
PLAINTIFF: ANTOINE COOPER         COURT TIME:
DEFENDANT: QUIET LOGISTICS, INC.
SECURITAS SECURITY SERVICES USA, INC.
,                                   DIVISION:

## DISMISSAL NOTICE

Your petition/pleading(s) have been accepted but no summons or notice can be issued based on the pleadings filed by the party initiating the above referenced case.  Corrective pleadings are necessary.  The Court cannot proceed further at this time.  Please file corrective pleadings as follows:

NO SUMMONS ISSUED DUE TO INCORRECT SPECIAL PROCESS SERVER FORM BEING FILED BY THE ATTORNEY (A CITY OF ST LOUIS FORM WAS FILED IN ERROR). THE SPECIAL PROCESS SERVER FORM MUST BE THE SAINT LOUIS COUNTY APPROVED FORM. ONCE CORRECT SPS FORM IS FILED, CONTACT THE CLERK AT 314-615-8470 SO THE SUMMONS CAN BE ISSUED. Per Local Rule 28 (E), you must submit the "Request for Appointment of Process Server" form, which can be found on the St. Louis County Court's Web Site.

The party initiating this case must file pleadings that correct these insufficiencies within seven (7) business days of the date this *Dismissal Notice* is issued or this case will be dismissed for failure to prosecute with costs assessed to initiating party in accordance with Rule 77.01.  No extensions will be permitted unless otherwise ordered by the Court.

**Please return this memo with the corrected or new pleading.**

For additional information regarding this matter you may contact: ___ADAM_ at: (314) ___615-8470_____

JOAN GILMER, CIRCUIT CLERK



Electronically Filed - ST LOUIS COUNTY - February 26, 2025 - 08:01 AM

**In the**
# CIRCUIT COURT
**Of St. Louis County, Missouri**

 Antoine Cooper 
Plaintiff/Petitioner

vs.

 Quiet Logistics, Inc. 
Defendant/Respondent

 February 26, 2025 
Date

 25SL-CC01008 
Case Number

 2 
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff , pursuant
Requesting Party
to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of
 Mark Smith, Markell & Associates  3636 Geyer Rd. #100, St. Louis, MO 63127   314.469.5555 
Name of Process Server                              Address                                                                 Telephone

Name of Process Server                              Address or in the Alternative                                   Telephone

Name of Process Server                              Address or in the Alternative                                   Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
 Quiet Logistics, Inc. 
Name
 5661 Telegraph Road, Ste. 4B 
Address
 St. Louis, MO 63129 
City/State/Zip

SERVE:
Name
Address
City/State/Zip

SERVE:
 Securtias Security Services USA, Inc. 
Name
 5661 Telegraph Road, Ste. 4B 
Address
 St. Louis, MO 63129 
City/State/Zip

SERVE:
Name
Address
City/State/Zip

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By 
Deputy Clerk

Date

Signature of Attorney/Plaintiff/Petitioner
 55294 
Bar No.
 8182 Maryland Ave., Ste. 801, St. Louis, MO 63105 
Address
 (314) 231-4100         (314) 241-5078 
Phone No.                                      Fax No.

CCADM62-WS    Rev. 07/22

Electronically Filed - ST LOUIS COUNTY - February 26, 2025 - 08:01 AM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://stlcountycourts.com/forms/associate-civil/request-process-server/

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS       Rev. 07/22



# Summons in Civil Case

## IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>RICHARD M STEWART | | Case Number:  25SL-CC01008 | |
|---|---|---|---|
| Plaintiff/Petitioner:<br>ANTOINE COOPER | | Plaintiff's/Petitioner's Attorney/Address<br>SHAUN MICHAEL FALVEY<br>8182 MARYLAND AVENUE<br>SUITE 801<br>ST. LOUIS, MO  63105 | |
| | vs. | | |
| Defendant/Respondent:<br> QUIET LOGISTICS, INC. | | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Pers Injury-Other | | | |

The State of Missouri to:      SECURITAS SECURITY SERVICES USA, INC.
                          Alias:

   **5661 TELEGRAPH ROAD**
   **SUITE 4B**
   **SERVE: NATL REG AGENTS**
   **INC**
   **ST. LOUIS, MO  63129**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*



*ST. LOUIS COUNTY*

| 06-MAR-2025 | /S/ Adam Dockery |
|---|---|
| Date | Clerk |

**Further Information:**
AD

Case Number: 25SL-CC01008

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address) in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____ _____

                                                         Date                            Notary Public

**Service Fees (if applicable)**

Summons                                          $_____
Non Est                                             $_____
Sheriff's Deputy Salary
Supplemental Surcharge          $_____10.00_____
Mileage                                            $_____ (_____ miles @ $._____ per mile)
**Total**                                           **$_____**

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**OFFICE OF THE CIRCUIT CLERK**

Missouri's 21st Judicial Circuit, St. Louis County
Civil Department
105 South Central Avenue, Clayton, MO 63105
Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.
Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.



# Summons in Civil Case

IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>RICHARD M STEWART | Case Number:  25SL-CC01008 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ANTOINE COOPER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>SHAUN MICHAEL FALVEY<br>8182 MARYLAND AVENUE<br>SUITE 801<br>ST. LOUIS, MO  63105 | |
| Defendant/Respondent:<br> QUIET LOGISTICS, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Pers Injury-Other | | |

The State of Missouri to:      **QUIET LOGISTICS, INC.**
**Alias:**

**5661 TELEGRAPH ROAD**
**SUITE 4B**
**SERVE: CT CORPORATION**
**SYSTEM**
**ST. LOUIS, MO  63129**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*



*ST. LOUIS COUNTY*

| 06-MAR-2025 | /S/ Adam Dockery |
|---|---|
| Date | Clerk |

**Further Information:**
AD

Case Number: 25SL-CC01008

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date)
at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____ _____
                                                    Date                    Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | **$_____** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



**OFFICE OF THE CIRCUIT CLERK**

Missouri's 21st Judicial Circuit, St. Louis County
Civil Department
105 South Central Avenue, Clayton, MO 63105
Hours: Monday through Friday 8:00 A.M. to 5:00 P.M.
Phone: 314-615-8029

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act. Please notify the Office of the Circuit Clerk at 314-615-8029. FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 0r 800-735-2966, at least three business days in advance of the court proceeding.

Electronically Filed - ST LOUIS COUNTY - March 11, 2025 - 08:28 AM

## AFFIDAVIT OF RETURN OF SERVICE

**COUNTY OF ST. LOUIS )**　　　　　　**RE:**　**ANTOINE COOPER  v.**
　　　　　　　　　　　　　　　　　　　　　　**QUIET LOGISTICS, INC.**
　　　　　　　　　　　　　　　　　　　　　　Circuit Court-St. Louis County
　　　　　　　　　　　　　　　　　　　　　　State of Missouri
　　　　　　　　　　　　　　　　　　　　　　Case No. 25SL-CC01008

Mark B. Smith of  Markell & Associates, Inc., being duly sworn upon his oath, states that he is over the age of 18 years; that he is a disinterested party to this action; is authorized to perfect service within said territory; and that he served the attached Summons and Petition on defendant Quiet Logistics, Inc. c/o CT Corporation System, Registered Agent, by personal service on Traci MacMann, authorized Designee, at 5661 Telegraph Rd., Suite 4B, St. Louis, Missouri 63129 on March 7, 2025, 11:00 a.m.

MARKELL & ASSOCIATES, INC.

**Mark B. Smith**

Private Investigator
State of Missouri
**License #2010019303**

Private Detective
State of Illinois
**License #115.001875**

Subscribed to and sworn before me, a Notary Public on this 10　　of March, 2025.

**Notary Public**

KAYLA ANN MERTELL
NOTARY PUBLIC - NOTARY  SEAL
STATE OF MISSOURI
COUNTY OF WARREN
COMMISSION #22644508
My Commission Expires: January 6, 2026

Electronically Filed - ST LOUIS COUNTY - March 11, 2025 - 08:28 AM



# Summons in Civil Case

## IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>RICHARD M STEWART | Case Number: **25SL-CC01008** | |
|---|---|---|
| Plaintiff/Petitioner:<br>ANTOINE COOPER | Plaintiff's/Petitioner's Attorney/Address<br>SHAUN MICHAEL FALVEY<br>8182 MARYLAND AVENUE<br>SUITE 801<br>ST. LOUIS, MO  63105 | |
| vs. | | |
| Defendant/Respondent:<br> QUIET LOGISTICS, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Pers Injury-Other | | |

**The State of Missouri to:**   **QUIET LOGISTICS, INC.**
    **Alias:**

**5661 TELEGRAPH ROAD**
**SUITE 4B**
**SERVE: CT CORPORATION**
**SYSTEM**
**ST. LOUIS, MO  63129**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**



**ST. LOUIS COUNTY**

| 06-MAR-2025 | /S/ Adam Dockery |
|---|---|
| Date | Clerk |

**Further Information:**
AD

Electronically Filed - ST LOUIS COUNTY - March 11, 2025 - 08:28 AM

## AFFIDAVIT OF RETURN OF SERVICE

**COUNTY OF ST. LOUIS )**             **RE:**   **ANTOINE COOPER  v.**
**QUIET LOGISTICS, INC.**
Circuit Court-St. Louis County
State of Missouri
Case No. 25SL-CC01008

Mark B. Smith of  Markell & Associates, Inc., being duly sworn upon his oath, states that he is over the age of 18 years; that he is a disinterested party to this action; is authorized to perfect service within said territory; and that he served the attached Summons and Petition on defendant Securitas Security Services USA, Inc. c/o National Registered Agents, Inc., Registered Agent, by personal service on Traci MacMann, authorized Designee, at 5661 Telegraph Rd., Suite 4B, St. Louis, Missouri 63129 on March 7, 2025, 11:00 a.m.

**MARKELL & ASSOCIATES, INC.**

**Mark B. Smith**

Private Investigator
State of Missouri
**License #2010019303**

Private Detective
State of Illinois
**License #115.001875**

Subscribed to and sworn before me, a Notary Public on this ____ of March, 2025.

**Notary Public**

KAYLA ANN MERTELL
NOTARY PUBLIC - NOTARY  SEAL
STATE OF MISSOURI
COUNTY OF WARREN
COMMISSION #22644508
My Commission Expires: January 6, 2026

Electronically Filed - ST LOUIS COUNTY - March 11, 2025 - 08:28 AM



# Summons in Civil Case

## IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>RICHARD M STEWART | Case Number:  25SL-CC01008 |
| Plaintiff/Petitioner:<br>ANTOINE COOPER<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>SHAUN MICHAEL FALVEY<br>8182 MARYLAND AVENUE<br>SUITE 801<br>ST. LOUIS, MO  63105 |
| Defendant/Respondent:<br> QUIET LOGISTICS, INC. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

(Date File Stamp for Return)

The State of Missouri to:    **SECURITAS SECURITY SERVICES USA, INC.**
**Alias:**

**5661 TELEGRAPH ROAD**
**SUITE 4B**
**SERVE: NATL REG AGENTS**
**INC**
**ST. LOUIS, MO  63129**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*



*ST. LOUIS COUNTY*

| 06-MAR-2025 | /S/ Adam Dockery |
|---|---|
| Date | Clerk |

**Further Information:**
AD