UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANTOINE COOPER                          )

Plaintiff,                              )
                                        )
                                        )
v.                                      )      Case No.  4:25-cv-00458-MAL
                                        )
QUIET LOGISTICS, INC., etl al.          )
                                        )
Defendant(s).                           )
                                        )

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

---

**Option 1**

❑      The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

---

**Option 2**

☑      An ADR conference was held on: ___July 20, 2026_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____ _____.

The ADR referral was concluded on___July 20, 2026_____.   The parties [❑  did  ☑ did not] achieve a settlement.                                        *Check One*

---

**Option 3**

❑      Although this case was referred to ADR, a conference WAS NOT HELD**.**

---

Date___7/20/2026_____   Neutral___/s/ Peter J. Dunne_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Plaintiff(s), | ) ) ) ) | |
| v. | ) | Case No. |
|  | ) ) | |
| Defendant(s). | ) ) | |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN
ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant, at:

**betty_ann_skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference.   All participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed): 　　　　　　　　　　　　　　　　Email address:

| Name (printed) | Email address |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date_____ Neutral_____